WORTHE, HANSON & WORTHE
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700

JEFFREY A. WORTHE, SBN 080856

Attorneys for Defendant, UAL CORPORATION.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TOVA ACOSTA,<br><br>           Plaintiff,<br><br>v.<br><br>UAL CORPORATION, and DOES 1 to 100, Inclusive.<br><br>           Defendants. | CASE NO. C06-5735 MJJ<br>(San Mateo SupCt. Case # CIV 455867)<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER THEREON**<br><br>GRANTED<br><br>DATE:    December 19, 2006<br>TIME:    2:00 p.m.<br>ROOM:  11<br><br>Complaint Filed: June 27, 2006<br>Removed: September 19, 2006 |

JURISDICTION of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

Counsel for Defendant UAL CORPORATION, Jeffrey A. Worthe, and Counsel for Plaintiff, TOVA ACOSTA, Stephen A. Cain, hereby request appearance by telephone at the Initial Case Management Conference set for December 19, 2006 at

1
REQUEST FOR TELEPHONIC APPEARANCE

2:00 p.m. in Courtroom 11, before the Honorable Martin J. Jenkins.

DATED: December 12, 2006          WORTHE, HANSON & WORTHE

By: _____
JEFFREY A. WORTHE, ESQ.
Attorneys for Defendant, UAL
CORPORATION

DATED: December 12, 2006          **LAW OFFICE OF STEPHEN CAIN**

By:_____
STEPHEN A. CAIN, ESQ.
Attorneys for Plaintiff, TOVA
ACOSTA

### ORDER

**IT IS SO ORDERED**, that Counsel for Defendant, UAL CORPORAITON and Plaintiff, TOVA ACOSTA my appear by telephone at the December 19, 2006 Initial Case Management Conference. Defense attorney shall initiate the conference call and must contact the court at (415) 522-2123 at least one day prior to the conference for further instructions.

DATED: ___12/13/2006_____     _____
UNITED STATES DISTRICT COURT JUDGE

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

2:00 p.m. in Courtroom 11, before the Honorable Martin J. Jenkins.

DATED: December 12, 2006      **WORTHE, HANSON & WORTHE**

By:_____
    JEFFREY A. WORTHE, ESQ.
    Attorneys for Defendant, UAL
    CORPORATION

DATED: December 12, 2006      **LAW OFFICE OF STEPHEN CAIN**

By:_____
    STEPHEN A. CAIN, ESQ.
    Attorneys for Plaintiff, TOVA
    ACOSTA

## ORDER

**IT IS SO ORDERED**, that Counsel for Defendant, UAL CORPORAITON and Plaintiff, TOVA ACOSTA my appear by telephone at the December 19, 2006 Initial Case Management Conference.

DATED: _____
    UNITED STATES DISTRICT COURT JUDGE